# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1236**
**CAF 16-00369**
PRESENT: PERADOTTO, J.P., CARNI, CURRAN, TROUTMAN, AND SCUDDER, JJ.

---

IN THE MATTER OF ANDREW R. SABOL AND VICKI J.
SABOL, PETITIONERS-RESPONDENTS,

                              V                                    ORDER

PAULA G. IANNELLO, RESPONDENT-APPELLANT.

---

PETER J. DIGIORGIO, JR., UTICA, FOR RESPONDENT-APPELLANT.

WILLIAM H. GETMAN, WATERVILLE, FOR PETITIONERS-RESPONDENTS.

JOSEPH M. CIRILLO, ATTORNEY FOR THE CHILDREN, MOHAWK.

---

Appeal from an order of the Family Court, Herkimer County (Anthony J. Garramone, J.H.O.), entered September 22, 2015 in a proceeding pursuant to Family Court Act article 6. The order, among other things, granted petitioners visitation with the subject children.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.

Entered: December 23, 2016                          Frances E. Cafarell
                                                    Clerk of the Court